UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 24 CR 00776 W |
| | ) | |
| Plaintiff, | ) | **Joint Motion to Continue Status Hearing** |
| | ) | |
| vs. | ) | |
| | ) | |
| EMMANUEL RIVERA-REYES, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause established by the joint motion of the parties, the Court continues the Status Heawring of June 10, 2024, to July 8, 2024, at 9:00 a.m.

The Court further finds excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) on the grounds of the pending motion to compel discovery filed by the defendant.

**IT IS SO ORDERED.**

Dated: 6/5/24

Hon. Thomas J. Whelan
United States District Judge

24 CR 00776 W